UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MICAH'S WAY, a California non-profit corporation,<br><br>                            Plaintiff,<br><br>v.<br><br>CITY OF SANTA ANA, and DOES 1 through 20, inclusive,<br><br>                            Defendants. | Case No. 8:23-cv-00183-DOC-KES<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING REGARDING DEFENDANT CITY OF SANTA ANA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF MICAH'S WAY'S COMPLAINT AND THE COURT'S SCHEDULING CONFERENCE [20]**<br><br>HEARING DATE: May 1, 2023<br>PROPOSED HEARING DATE: June 5, 2023<br>TIME: 8:30 a.m.<br>COURTROOM: 10-A<br>JUDGE: The Hon. David O. Carter |

**ORDER**

Having reviewed the foregoing stipulation of the parties, and good cause appearing therefor, the Court hereby modifies the briefing and hearing schedule on Defendants' Motion to Dismiss Plaintiffs' Complaint and its Scheduling Conference as follows:

1. Plaintiff's Opposition to the Motion will be due May 8, 2023.
2. Defendant's Reply will be due May 22, 2023.
3. The parties' Rule 26(f) Report will be due May 22, 2023.
4. The Motion will be heard by the Court June 5, 2023, at 8:30 a.m.
5. Similarly, the Scheduling Conference will be continued to June 5, 2023.

**IT IS SO ORDERED.**

DATED:  April 25, 2023

*/s/ David O. Carter*
Honorable David O. Carter
UNITED STATES DISTRICT JUDGE