# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: SA CV 23-00183-DOC-(KESx)　　　　　　　　　Date: June 5, 2023

Title:　Micahs Way v. City of Santa Ana, et al.

PRESENT:　THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Edmond M. Connor | Jose Montoya, John Matthew Funk |
| Brooke Alyson Weitzman | |
| Gabriel Castillo Laughton | ATTORNEYS PRESENT FOR INTERESTED PARTIES: |
| Nora N. Salem | Noah David Sacks |
| | Terrence Mangan |
| | Matthew Edward Nickell |

**PROCEEDINGS:**　　SCHEDULING CONFERENCE *(not held)*

## MOTION TO DISMISS [16]

The case is called. The Court and counsel confer. The Court hears arguments.

Defendant's Motion to Dismiss is taken under submission.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　1　　:　　50
　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: kdu