1

**JS-6**

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

10

| | |
|---|---|
| 11 | CASE NO. 8:23-CV-00183-DOC-KES |
| 12  MICAH'S WAY, a California non-profit corporation, | **ORDER DISMISSING ACTION AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT [44]** |
| 13       Plaintiff, | |
| 14 | |
| 15       vs. | Date: September 18, 2023 |
| 16 | Time: 8:30 a.m.  Courtroom: 10-A |
| 17  CITY OF SANTA ANA, | Judge: The Hon. David O. Carter |
| 18       Defendant. | |
| 19 | |

20

21  //

22  //

23  //

24

25

26

27

28

1

**NOW, THEREFORE**, pursuant to Federal Rule of Civil Procedure 41(a)(2), and good cause appearing from the foregoing Stipulation, the Court HEREBY ORDERS AND DECREES as follows:

1.    The terms of the Settlement Agreement, a copy of which is attached as Exhibit A , are incorporated herein as if set forth in full hereat.

2.    The Court hereby retains exclusive jurisdiction in this Action to resolve any future disputes between the Parties regarding the interpretation, breach, or enforcement of the terms of the Settlement Agreement for the period of seven (7) years from the Effective Date of the Settlement Agreement, i.e., August 25, 2023.

3.    Subject to the above provisions, the Action is hereby dismissed without prejudice.

4.    All pending hearings are hereby VACATED and taken off calendar.

**IT IS SO ORDERED.**

Dated:  September 13, 2023

_David O. Carter_

Hon. David O. Carter
Judge, United States District Court

2

ORDER DISMISSING ACTION AND RETAINING JURISDICTION TO
ENFORCE SETTLEMENT